**FILED**

01/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0462



IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0462

_____

ROBERT L. ROSE,

     Petitioner and Appellant,

v.

STATE OF MONTANA,

     Respondent and Appellee.

_____

**FILED**

JAN 2 6 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Upon consideration of Appellant's motion for an extension of time to file his reply brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including February 19, 2021, within which to file his reply brief.

No further extensions will be granted.

DATED this 26 day of January, 2021.

For the Court,

By _____
              Chief Justice